IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONIA RUSSELL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>POSTMASTER GENERAL LOUIS DEJOY, Postmaster General,<br><br>　　　　　Defendant. | 8:20CV533<br><br>**MEMORANDUM AND ORDER** |

　　　　Plaintiff has filed a Motion to Appoint Counsel (Filing 3). The court cannot routinely appoint counsel in civil cases. In *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996), the Eighth Circuit Court of Appeals explained that "[i]ndigent civil litigants do not have a constitutional or statutory right to appointed counsel. . . . The trial court has broad discretion to decide whether both the plaintiff and the court will benefit from the appointment of counsel . . . ." *Id.* (quotation and citation omitted). No such benefit is apparent at this time. Thus, the request for the appointment of counsel will be denied without prejudice.

　　　　IT IS ORDERED that Plaintiff's Motion to Appoint Counsel (Filing 3) is denied without prejudice.

　　　　DATED this 22nd day of February, 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　Senior United States District Judge