## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

SONIA RUSSELL,

               Plaintiff,

     vs.

POSTMASTER GENERAL LOUIS
DEJOY, Postmaster General,

               Defendant.

**8:20CV533**


**ORDER**

IT IS ORDERED:

1.     Plaintiff's letter (Filing 9), construed as a motion for extension of time to file an amended complaint, is granted;

2.     Plaintiff shall file an amended complaint on or before July 16, 2021; and

3.     The Clerk of Court shall enter a pro se case management deadline as follows: July 16, 2021—amended complaint due.

DATED this 18th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge