IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONIA RUSSELL,<br><br>Plaintiff,<br><br>vs.<br><br>POSTMASTER GENERAL LOUIS DEJOY, Postmaster General,<br><br>Defendant. | 8:20CV533<br><br>**ORDER** |

IT IS ORDERED:

1. Plaintiff's letter (Filing 11), construed as a Motion to Extend the Time to File an Amended Complaint, is granted;

2. Plaintiff shall file an amended complaint on or before August 2, 2021;

3. The Clerk of Court shall enter a pro se case management deadline as follows: August 2, 2021—amended complaint due;

4. No further extensions of time will be granted; and

5. If Plaintiff fails to file an amended complaint within the time specified by the court, the court will dismiss this case without further notice to Plaintiff. Because such dismissal would be without prejudice, Plaintiff could refile this case at a later date when she is fully prepared to do so.

DATED this 19th day of July, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge