IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONIA RUSSELL,<br><br>    Plaintiff,<br><br>vs.<br><br>POSTMASTER GENERAL LOUIS DEJOY, Postmaster General;<br><br>    Defendant. | 8:20CV533<br><br>**ORDER** |

After conferring with Plaintiff and counsel for the defendant,

IT IS ORDERED that for good cause shown, the defendant's motion to extend, (Filing No. 40), is granted in part as follows:

1) The written discovery deadline is extended to December 8, 2022.

2) On January 10, 2023, at 1:00 p.m., Plaintiff shall appear at the U.S. Attorney's Office in Omaha, Nebraska to be deposed by the defendant.

3) The parties shall anticipate that subject to the witness' availability, any additional depositions will be scheduled to be held during the afternoons of January 11, 2023 through January 13, 2023, and January 17, 2023.

4) A telephone conference to discuss the status of case progression and potential settlement remains set for February 1, 2023, at 8:00 a.m. before Magistrate Judge Cheryl R. Zwart. Plaintiff and defense counsel shall use the conferencing instructions assigned to this case to participate.

Dated this 19th day of November, 2022.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge