IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONIA RUSSELL,<br><br>    Plaintiff,<br><br> vs.<br><br>POSTMASTER GENERAL LOUIS DEJOY, Postmaster General;<br><br>    Defendant. | **8:20CV533**<br><br>**ORDER** |

  Based on the representations of the government's counsel at the close of Plaintiff's deposition,

  IT IS ORDERED:

1) The government's motion to compel, (Filing No. 49), is denied as moot.

2) The clerk shall mail a copy of this order to the plaintiff.

Dated this 10th day of January, 2023.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge