IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONIA RUSSELL,<br><br>Plaintiff,<br><br>vs.<br><br>POSTMASTER GENERAL LOUIS DEJOY, Postmaster General;<br><br>Defendant. | **8:20CV533**<br><br>**ORDER** |

The court entered an Order on February 2, 2023, giving Plaintiff until February 15, 2023, to file a statement explaining why the court should not dismiss this case for want of prosecution. Plaintiff filed a response on February 15, 2023, providing an explanation for her absence at the February 1, 2023 hearing. (Filing No. 55). Plaintiff has timely responded and indicated her desire to continue pursuing the case.

Accordingly,

1. This case shall proceed in accordance with case deadlines currently in effect. Of note, the deadline to file motions for summary judgment is March 1, 2023. (Filing No. 54).

2. The clerk shall terminate the show cause deadline.

3. The clerk shall mail a copy of this order to the plaintiff.

Dated this 24th day of February, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge