IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONIA RUSSELL,<br><br>                Plaintiff,<br><br>vs.<br><br>POSTMASTER GENERAL LOUIS DEJOY, Postmaster General;<br><br>                Defendant. | **8:20CV533**<br><br>**ORDER** |

      This matter is before the court on Defendant's motion for clerk's entry of default (Filing No. 68), motion for default judgment (Filing No. 69), motion to strike (Filing No. 74), and motion to stay (Filing No. 76). Specifically, Defendant seeks an order of default pursuant to Federal Rule of Civil Procedure 55(a) on the basis that Plaintiff failed to timely file a response to Defendant's motion for summary judgment. (See Filing Nos. 68 and 69). Moreover, Defendant moves to strike Plaintiff's filings in response to his motion to summary judgment as untimely filed and for failing to comply with the federal rules of civil procedure and/or the local rules, (Filing No. 74), and moves to stay the deadline for Defendant to reply to Plaintiff's filings. (Filing No. 76).

      IT IS ORDERED:

1. Defendant's motion for clerk's entry of default (Filing No. 68) and motion for default judgment (Filing No. 69) are denied. See NECivR. 56.1(3).

2. Defendant's motion to strike (Filing No. 74) is denied in part. Plaintiff's response to Defendant's motion for summary judgment (Filing Nos. 70, 71, 72, and 73) are deemed timely filed. Any arguments relating to admissibility of evidence will be considered as part of the pending motion for summary judgment.

3. Defendant's motion to stay (Filing No. 76) is denied. Defendant may file a reply to Plaintiff's filings on or before May 5, 2023.

Dated this 21st day of April, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge