IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SONIA RUSSELL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LOUIS DEJOY, Postmaster General of the United States,<br><br>　　　　　Defendant,<br><br>　And<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　　　Garnishee. | 8:20CV533 |

**ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT**

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Defendant, Louis DeJoy, Postmaster General of the United States, for an order to issue the Writ of Continuing Garnishment against United States Postal Service, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against United States Postal Service whose address is United States Postal Service Accounting Services, Involuntary Deductions Unit, 2825 Lone Oak Parkway, Eagan, MN 55121-9650.

DATED this 14th day of November, 2024.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge